**Opinion issued September 25, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00793-CV

———————————

## IN RE JACK EDWARD JOHNSON II, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Jack Edward Johnson II seeks a writ of mandamus to compel the trial court to vacate the possession order portion of the trial court's February 16, 2018 divorce decree.[*]

---

[*] The underlying case is *In the Matter of the Marriage of Jack Edward Johnson II and Amy Laura Delzotto*, cause number 2016-36745, pending in the 312th District Court of Harris County, Texas, the Honorable David Farr presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.